UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICK SOLOMON, | ) | **JUDGMENT** |
| | ) | |
| Plaintiff, | ) | |
| | ) | 5:18-CV-529-BO |
| v. | ) | |
| | ) | |
| MARINES DRUG ENFORCEMENT AGENCY | ) | |
| DEA, and ATF, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| PATRICK SOLOMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 5:18-CV-531-BO |
| v. | ) | |
| | ) | |
| U.S. ATF MARSHALS, FBI CUSTOMS, ATF | ) | |
| NARCOTICS, US ARMY, US MARINES, | ) | |
| and DEA, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| PATRICK SOLOMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 5:18-CV-533-BO |
| v. | ) | |
| | ) | |
| U.S. ARMY and MARINE EXPRESS TEAMS, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| PATRICK SOLOMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 5:18-CV-535-BO |
| v. | ) | |
| | ) | |
| U.S CUSTOMS and U.S. COAST GUARD, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**
These causes come before the Court on the memorandum and recommendation of United States Magistrate Judge James E. Gates. [DE 3].

**IT IS ORDERED, ADJUDGED AND DECREED** that the memorandum and recommendation of Magistrate Judge Jones [DE 4] is ADOPTED and plaintiff's complaints are DISMISSED as frivolous. This case is closed.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff is ENJOINED from filing any further actions in the Eastern District of North Carolina without prior authorization from a district judge; before commencing a new case, plaintiff must file a motion for leave to file a complaint or, if he is attempting to remove an action from a state court, a motion for leave to file a notice of removal. Plaintiff must attach to the motion for leave both (1) his proposed complaint or notice of removal and (2) a copy of this order. Plaintiff must also either pay the filing fee or file an application for leave to proceed *in forma pauperis.* Upon the filing of these required documents, the Clerk shall open a miscellaneous case. If a district judge deems the action potentially meritorious and determines that the proposed complaint is not vexatious or repetitive, the action may proceed, and the Clerk shall convert the action to a civil case. Otherwise, the case will be dismissed and sanctions against plaintiff may be warranted.

**This judgment filed and entered on January 11, 2019, and served on:**
Patrick Solomon (Via US Mail to 3984 Neeley St., Raleigh, NC 27606)

PETER A. MOORE, JR., CLERK

January 11, 2019

/s/Lindsay Stouch
By: Deputy Clerk